**UNITED STATES of America, Plaintiff-Appellee,**

**v.**

**Vincent Saltore CARDELLA, Defendant-Appellant.**

**No. 29193**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Aug. 20, 1970.

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.

Tom C. Meers, Jacksonville, Fla., for defendant-appellant.

John L. Briggs, U. S. Atty., M. D. of Florida, Allan P. Clark, Asst. U. S. Atty., M. D. of Florida, for plaintiff-appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]